

**H**ON. **S**YLVIA **O**. **H**INDS-**R**ADIX
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**L**AW **D**EPARTMENT
100 C**HURCH** S**TREET**, Rm. 3-141
N**EW** Y**ORK**, NY 10007

**E**RICA **B**IANCO
Senior Counsel
Phone: (212) 356-2547
Fax: (212) 356-3509
ebianco@law.nyc.gov

December 7, 2022

**VIA E.C.F.**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:   <u>Rafael Hernandez v. City of New York, et al.</u>, 22-cv-04706 (BMC)

Your Honor:

     We represent the defendants in the above referenced case. The parties are filing a Stipulation and Protective Order attached to this letter for this Court's review and approval.

     Thank you for your consideration herein.

                             Respectfully submitted,

                             /s/ *Erica Bianco*

                             Erica Bianco
                             Senior Counsel

cc:    Michael Hueston, Esq. (By E.C.F.)
        Richard Cardinale, Esq. (By E.C.F.)